STATE of Missouri, Respondent,

v.

Gerald THORNTON, Appellant.

No. ED 73664.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 22, 1998.

David Simpson, Office of State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before SIMON, P.J., and CRANE and LAWRENCE E. MOONEY, JJ.

### ORDER

PER CURIAM.

Defendant, Gerald Thornton, appeals his sentences following jury verdicts finding him guilty of voluntary manslaughter, section 565.023, RSMo 1994, and armed criminal action, section 571.015 RSMo 1994. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that no error of law appears. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 30.25(b). A memorandum solely for the use of the parties has been provided explaining the reasons for our decision.

Loida SPRINGMEYER and Harry Springmeyer, Plaintiffs/Appellants,

v.

Erma WILLIAMS and Williams Key Co., Defendants/Respondents.

No. ED 73597.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 22, 1998.

Stephen C. Wilson, Cape Girardeau, for appellants.

Wuestling & James, L.C., William F. James, Elizabeth G. Roper, St. Louis, for respondents.

Before HOFF, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

ORDER

PER CURIAM.

Loida Springmeyer [1] appeals from the trial court's judgment entered after a jury verdict in her favor, contending the trial court erred in excluding her testimony regarding lost profits.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claim of error to be without merit. No error of law appears. An extended opinion would have no precedential value. Judgment affirmed pursuant to Rule 84.16(b).

---

1. Loida Springmeyer's Husband, Harry Springmeyer (Harry), pursued a loss of consortium claim before the trial court. The jury returned a verdict against Harry on that claim. While Harry is listed on the Notice of Appeal, the record reveals he is not appealing from the judgment entered on that verdict. Therefore, we do not consider Harry a party to this appeal.